# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Manuel Gastellum-Mendoza**<br>DOB: 1981; Mex Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**12-06924M** |
| Complaint for violation of Title 21 United States Code § 846 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about August 9, 2012, at or near Tucson, in the District of Arizona, **Manuel Gastellum-Mendoza**, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 9, 2012, agents from Homeland Security Investigations in Tucson, Arizona served a search warrant on a residence in the 4100 Block of East Agate Knoll Drive, Tucson, Arizona, in support of an ongoing investigation of a large scale Drug Trafficking Operation (DTO) operating in the Tucson, Arizona area. The DTO is suspected of shipping large quantities of cocaine from Tucson to the interior of the United States in vehicles fitted with non-factory compartments. Once the cocaine is delivered, the compartments are then loaded with drug proceeds in the form of United States Currency (bulk cash) which is transported back to Tucson. Joel Sesma-Garcia is the head of the organization which employs numerous drivers and stash house sitters. During the service of the search warrant, agents encountered **Manuel Gastellum-Mendoza** inside of the residence. Agents also found items indicative of Bulk Currency smuggling inside of the residence, including: a money counting machine, wrapping material, vacuum sealing equipment, ledgers, a small digital scale, and a large quantity of United States currency (34 wrapped bundles and additional loose bills). **Gastellum-Mendoza** had been seen previously in surveillances driving vehicles used by the DTO. During a post-Miranda interview, **Gastellum-Mendoza** stated that he understood his rights and admitted that he had been living in the United States for several years. **Gastellum-Mendoza** further admitted that he was a knowing participant in the operation and that he was doing it because he needed a job.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Kern/kc<br>AUTHORIZED BY: AUSA<br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL |
|---|---|
| | DATE<br>August 10, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54